BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-MJ-00029-DAD |
| Plaintiff, | ) ORDER TO EXCLUDE TIME UNDER THE ) SPEEDY TRIAL ACT |
| v. | ) |
| PAUL E. COOK, | ) |
| Defendant. | ) DATE: August 19, 2014 ) TIME: 9:00 a.m. ) JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that time from June 5, 2014 through August 19, 2014, be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated:  June 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Cook0029.ord.exclude.time