BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MJ-00029-DAD |
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| PAUL E. COOK, | |
| Defendant. | DATE:  August 19, 2014 |
| | TIME:  9:00 a.m. |
| | JUDGE:  Hon. Dale A. Drozd |

The United States Attorney through its respective counsel, Peter Mularczyk, Special Assistant United States Attorney, and Hendrick Crowell, II, Attorney for the defendant, PAUL E. COOK, having been informed of the Court's unavailability on August 19, 2014, hereby stipulate that the change of plea and sentencing currently set for August 19, 2014 be continued to September 9, 2014.  Additionally, the parties request that time from August 19, 2014 to September 9, 2014 be excluded from the calculation of time under the Speedy Trial Act.

The Court will continue to consider the proposed plea agreement and the parties continue to conduct further investigation and research related to the charges and potential resolution.

///

///

///

Based on the above-stated findings, including the Court's unavailability, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 19, 2014 to September 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at the Court's and parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which trial must commence.

Accordingly, the United States and the defendant jointly request to exclude time under the Speedy Trial Act from August 19, 2014 until September 9, 2014.


DATED:  August 18, 2014                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Peter M. Mularczyk
                                        PETER M. MULARCZYK
                                        Special Assistant U.S. Attorney


DATED:  August 18, 2014                 /s/ Hendrick S. Crowell, II
                                        HENDRICK S. CROWELL, II
                                        Counsel for Defendant


                                **O R D E R**

      IT IS SO ORDERED:
Dated:  August 18, 2014


                                _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Cook0029.stipo.cont.cop