CROWELL LAW OFFICES
Attorney for Defendant
HENDRICK S. CROWELL, II
1510 J Street Suite 230
(916) 303-2800
(916) 303-2802 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-MJ-00029-DAD |
| ) | |
| Plaintiff, ) | STIPULATION OF PARTIES TO EXTEND |
| ) | SURRENDER DATE TO JANUARY 2, 2015 |
| v. ) | |
| ) | |
| PAUL E. COOK, ) | |
| ) | JUDGE:  Hon. Dale A. Drozd |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

    The Attorney for the defendant Hendrick Crowell, II, and the United States Attorney through its respective counsel, Peter Mularczyk, Special Assistant United States Attorney, hereby stipulate to an extension of the surrender date for Mr. Paul Cook to January 2, 2015.  Mr. Cook's original surrender date was November, 4, 2014.  Counsel for defendant contacted Bureau of Prisons to confirm the January, 2, 2015 date is acceptable.

DATED:  November 5, 2014        BENJAMIN B. WAGNER
                                               United States Attorney


                                               /s/ Peter M. Mularczyk
                                               PETER M. MULARCZYK
                                               Special Assistant U.S. Attorney

1

DATED:  November 5, 2014              /s/ Hendrick S. Crowell, II

                                                 HENDRICK S. CROWELL, II
                                                 Counsel for Defendant

**O R D E R**

IT IS SO ORDERED:

Dated:  November 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Cook0029.stipo.eot.surrender.docx